UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TOWN OF AMHERST, NEW YORK,

                              Plaintiff,         **STIPULATION OF**
  -vs-                                               **DISCONTINUANCE**

SIEMENS INDUSTRY, INC.,                 Docket No.: 1:10-cv-00056-WMS

                              Defendant.

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the respective parties in the above-entitled action that the said action, including any counterclaims alleged by the Defendant, be and the same hereby is discontinued on the merits, with prejudice, and without any further costs to either party as against the other.

DATED:    April 13, 2011                    DATED:    April 11, 2011

By: _____                  By: _____
      Bruce Ainbinder, Esq.                          Philip B. Abramowitz, Esq.
      *Attorney for Defendant*                         Deputy Town Attorney
      LITTLETON JOYCE UGHETTA           *Attorney for Plaintiff*
        PARK & KELLY, LLP                      5583 Main Street
      1 Manhattanville Road, Suite 302          Williamsville, New York 14221
      Purchase, New York 10577                  (716) 631-7030
      (914) 417-3400

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TOWN OF AMHERST,

      Plaintiff,

-vs-                            **AFFIDAVIT OF SERVICE**

SIEMENS INDUSTRY, INC. formerly,    1:10-cv-00056-WMS
Known as SIEMENS BUILDING
TECHNOLOGIES, INC.

      Defendants.

STATE OF NEW YORK    }
COUNTY OF ERIE          } ss.:
VILLAGE OF WILLIAMSVILLE}

    MELISSA S. LYNCH, being duly sworn, deposes and says:

1.) I am not a party to the within action, am over the age of 18, and am employed as a Paralegal in the Amherst Town Attorney's office located at 5583 Main Street, Williamsville, New York 14221.

2.) That on the 28th day of April 2011, I electronically filed the Stipulation of Discontinuance with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Bruce Ainbinder, Esq.
    *Attorney for the Defendant, Siemens*
    *Industry, Inc.*

                                                *Melissa S. Lynch*
                                                Melissa S. Lynch

Sworn to before me this
28th day of April, 2011.

_____
Notary Public

                                        **NICOLE MARIA BURROUGHS**
                                        **Notary Public • State of New York**
                                            **Qualified in Erie County**
                                        **My Commission Expires April 24, 2014**